Jay A. Zweig (011153)
Melissa R. Costello (020993)
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5500
Facsimile:   602.798.5595
Email:   zweigj@ballardspahr.com
         costellomr@ballardspahr.com

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Elvis Garcia, Erika L. Spurgeon, Rivaldo Godinez,<br><br>Plaintiffs,<br><br>vs.<br><br>Clayton W. Coady and Jane Doe Coady; Applewood Animal Hospital, LLC, dba Applewood Pet Resort; Coady Enterprises Inc., an Arizona corporation,<br><br>Defendants. | No. 2:19-cv-05437-JJT<br><br>**AMENDED NOTICE OF DEPOSITION OF RIVALDO GODINEZ** |

NOTICE IS GIVEN that, pursuant to Fed. R. Civ. P., Rules 26 and 30, the deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated below, under oath before an officer authorized by law to administer oaths.

| | |
|---|---|
| PERSONS TO BE EXAMINED: | Rivaldo Godinez |
| DATE AND TIME OF DEPOSITION: | November 23, 2020<br>12:00 p.m. |
| PLACE OF DEPOSITION: | Via Zoom<br>Dial in to be provided by court reporter one day prior to deposition date |
| Technique for Recording Deposition | Court Reporter |
| Protocols for Recording Deposition: | Stenographic |

DMWEST #40702546 v1

1  Identity of Person Recording Deposition:    Herder & Associates, Inc.
                                               Two North Central Ave., Suite 1800
2                                              Phoenix, Arizona 85004

3

4
        DATED this 13th day of November, 2020.
5
                                    BALLARD SPAHR LLP
6

7
                                    By  /s/ Jay A. Zweig
8                                       Jay A. Zweig
                                        Melissa R. Costello
9                                       1 East Washington Street, Suite 2300
                                        Phoenix, AZ 85004-2555
10                                      Attorneys for Defendants

BALLARD SPAHR LLP
1 EAST WASHINGTON STREET, SUITE 2300
PHOENIX, AZ 85004-2555
TELEPHONE: 602.798.5400

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

A copy of the foregoing emailed this 13th day of November, 2020 to:

Joseph A. Velez
Attorney at Law
7272 E. Indian School Road, Suite 111
Scottsdale, AZ 85251
Attorney for Plaintiffs

And via email to court reporting service:

Herder & Associates, Inc.
Two North Central Ave., Suite 1800
Phoenix, Arizona 85004
ann@courtreportersaz.com

　　　/s/  Michele Walker