# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elvis Garcia, *et al.*, | No. CV-19-05437-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Clayton W. Coady, *et al.*, | |
| Defendants. | |

This Court having considered the Parties' Joint Motion for Approval of Settlement for Plaintiff Elvis Garcia Only ("Motion") (Doc. 44), and having found that the proposed settlement meets the criteria of a good faith, full and final settlement of all FLSA and other claims that were or could have been brought by Elvis Garcia;

IT IS ORDERED granting the Parties' Joint Motion for Approval of Settlement for Plaintiff Elvis Garcia Only ("Motion") (Doc. 44).

IT IS FURTHER ORDERED approving the settlement between Plaintiff Elvis Garcia and all Defendants in the amounts of $3,117.75 for unpaid overtime wages; for $3,117.75 for liquidated damages; and $100.00 for additional consideration damages.

IT IS FURTHER ORDERED that within ten business days of Elvis Garcia, through Plaintiff's counsel, providing counsel for Defendants with a valid, completed and signed IRS W-4 form for the unpaid overtime wages portion of the settlement; and a valid, completed, signed IRS form W-9 for the non-wages, liquidated damages and other portions of the settlement; and also providing a signed General Release of all Claims in the form

attached as Exhibit "A" to the Motion, that Defendants will issue checks payable to Elvis Garcia, with the check for wages reflecting applicable tax and FICA deductions and the check for the liquidated damages and additional consideration portions of the settlement with no deductions, and provide those checks to Plaintiffs' counsel.

IT IS FURTHER ORDERED THAT with regard to Plaintiff Elvis Garcia's claim as the prevailing party for reasonable attorneys' fees and taxable costs under 29 U.S.C. § 216(b), Plaintiff's counsel, within ten days of this Order will provide Defendants' counsel with supporting documentation and regarding the reasonableness of the fees and costs sought under LR 54.2, and within fifteen days of receiving such information, counsel for Defendants and for Plaintiff Elvis Garcia will consult by telephone in a good faith attempt to resolve the issue of attorneys' fees and costs. Thereafter, if the Parties are unable to satisfactorily resolve the issue of attorneys' fees and costs within fifteen days, then Plaintiff Elvis Garcia shall comply with the requirements of LR 54.2(b) – (f), with the Supporting Affidavit and Response limited to nine pages, plus any exhibits, and the Reply limited to six pages, with no exhibits. Thereafter this Court will determine if an oral argument on the issues of attorneys' fees and costs will assist this Court in determining the issue or not.

IT IS FURTHER ORDERED that upon this court's ruling on attorneys' fees and costs, this action will be dismissed with prejudice as to Plaintiff Elvis Garcia only.

IT IS FURTHER ORDERED that the claims of the remaining two Plaintiffs', Rivaldo Godinez and Erika Spurgeon, will be set for a pre-trial status conference by separate Order.

IT IS FURTHER ORDERED THAT Defendants may take the depositions of Elvis Garcia and Rivaldo Godinez before February 12, 2021 and that further extensions will be granted.

Dated this 19th day of January, 2021.

Honorable John J. Tuchi
United States District Judge