IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elvis Garcia, *et al.*, | No. CV-19-05437-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Clayton W. Coady, *et al.*, | |
| Defendants. | |

This Court approved the settlement between Plaintiff Garcia and Defendants in January 2021 (Doc. 46) and set the remaining Plaintiffs' claims for trial on June 16, 2021 (Doc. 55). Plaintiff Garcia thereafter filed a Motion for Attorneys' Fees and Costs. (Doc. 56.) In light of the relationship between the claims settled and those to be tried, and the fact that the remaining Plaintiffs' claims shall be tried in less than a month, presumably resolving all merits issues of the matter, the Court concludes that the interest of judicial efficiency dictate that it not rule on Plaintiff Garcia's attorney fee motion until the merits of the remaining Plaintiffs' claims are resolved.

IT IS ORDERED denying the Motion for Attorneys' Fees and Costs (Doc. 56) with leave to refile upon resolution of the remaining Plaintiffs' claims.

Dated this 27th day of May, 2021.

Honorable John J. Tuchi
United States District Judge