# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elvis Garcia, *et al.*, | No. CV-19-05437-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Clayton W. Coady, *et al.*, | |
| Defendants. | |

This Court having considered the Parties Joint Motion for Approval of Partial Settlement for Plaintiff Rivaldo Godinez Only ("Motion") (Doc. 74), and having found that the proposed partial settlement meets the criteria of a good faith, full and final settlement of base FLSA overtime claims that were or could have been brought by Rivaldo Godinez;

IT IS ORDERED approving the Partial Settlement between Plaintiff Rivaldo Godinez and all Defendants in the amounts of $4,767.50 for the described base aspects of Plaintiff Godinez's FLSA claim in the Parties' Stipulation; and $100.00 for additional consideration.

IT IS FURTHER ORDERED that within ten business days of Rivaldo Godinez, through Plaintiff's counsel, providing counsel for Defendants with a valid, completed and signed IRS W-4 form for the unpaid overtime wages portion of the settlement; and a valid, completed, signed IRS form W-9 for the non-wages, liquidated damages and other portions of the settlement; and also providing a signed General Release of all Claims in the form attached as Exhibit "A" to the Motion, that Defendants will issue checks payable to Rivaldo

1 Godinez, with the check for wages reflecting applicable tax and FICA deductions, and the
2 check for the liquidated damages and additional consideration portions of the settlement
3 with no deductions, and provide those checks to Plaintiffs' counsel.

    Dated this 15th day of June, 2021.

                        Honorable John J. Tuchi
                        United States District Judge