# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - BENCH TRIAL

Phoenix Division

CV-19-05437-PHX-JJT            DATE: 6/17/2021
   Year  Case No  Initials

Title:   Elvis Garcia, et al.   vs.   Clayton W. Coady, et al.
         Plaintiff(s)                 Defendant(s)
===============================================================================

HON: JOHN J. TUCHI

| Julie Martinez | Elaine Cropper |
|---|---|
| Deputy Clerk | Court Reporter |

| **Attorney(s) for Plaintiff(s)** | **Attorney(s) for Defendant(s)** |
|---|---|
| Joseph Velez w/Plaintiffs Erika Spurgeon and Rivaldo Godinez (Interpreter Isabel Fierros assists Plaintiff Godinez) | Mitchell Turbenson and Jay Zweig w/Defendant Clayton Coady and Corporate Representative Robert De La Torre |

===============================================================================
**PROCEEDINGS:**  ___FINAL PRETRIAL   _X_ BENCH TRIAL   ___VOIR DIRE   ___JURY SWORN

Bench Trial day #  2

9:01 a.m. Court reconvenes. **Plaintiffs' case continues:** Examination of Roberto De la Torre continues. Witness is excused at this time. 10:37 a.m. Court is in recess.

10:58 a.m. Court reconvenes. Clayton Coady is sworn and examined. 11:59 a.m. Court is in recess.

1:32 p.m. Court reconvenes. Discussion held re: schedule. Defendants' witness taken out of order Olivia Bjerkeseth is sworn and examined. Witness is excused. Examination of Clayton Coady continues. 2:55 p.m. Court is in recess.

3:07 p.m. Court reconvenes. Examination of Clayton Coady continues. Witness is excused at this time. Rivaldo Godinez is sworn and examined. Discussion held re: courtroom location.

4:47 p.m. Court stands at recess until 9:00 a.m., 6/22/2021, in Courtroom 506.

Time in Court: 5 hrs. 40 mins.
Start: 9:01 AM
Stop: 4:47 PM